# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE WINN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-284 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| DR. BERNARD M. MCQUILAN, MD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

On April 9, 2018, the Court entered an Order directing Plaintiff to show cause, by April 30, 2018, why this case should not be dismissed for failure to prosecute and for Plaintiff's non-compliance with Court Orders. Doc. 107. The Order expressly cautioned that his failure to respond may result in a dismissal. *See id.* at 2. April 30th has come and gone, and no response to the Show Cause Order has been filed.

Consistent with the April 9th Order, and pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984), the case now is subject to dismissal. Specifically, dismissal is warranted under the Poulis factors regarding Plaintiff's personal responsibility; his failure to demonstrate excusable neglect; and the lack of effective, alternative sanctions. *Id.* at 868.

Accordingly, the above-captioned case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


May 2, 2018                                               s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via First-Class U.S. Mail):

Jermaine Winn
4823 Penn St.
Philadelphia, PA  19124


cc (via ECF email notification):

All counsel of record